# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SONJA WIDEMAN AND CASSANDRA
LEE PATRICK

VERSUS

GERARD LEBLANC AND
PROGRESSIVE PALOVERDE
INSURANCE COMPANY

NO.   2025 CW 0899

**AUGUST 7, 2026**

---

In Re:     Sonja Wideman, applying for rehearing, 19th Judicial
           District Court, Parish of East Baton Rouge, No. 703,171.

---

BEFORE:    **HESTER, MILLER, AND EDWARDS, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**CHH**
**SMM**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT